RECEIVED
IN MONROE, LA
MAY 11 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JAKE MORGAN | CIVIL ACTION NO. 06-0497 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CHARLES MCDONALD, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 29], together with the written objection thereto filed with this Court [Doc. No. 30], and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion for Summary Judgment on Behalf of Defendants Greg Emfinger and the City of Mangham, LA [Doc. No. 20] is GRANTED, and Plaintiff's claims against Defendants Greg Emfinger and the City of Mangham, Louisiana, are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 11 day of May, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE